UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| DONALD J. MUMAW<br>PATTI MUMAW<br>　*Plaintiffs,*<br><br>v.<br><br>DNF ASSOCIATES, LLC,<br>　*Defendant.* | §<br>§<br>§<br>§<br>§　　CASE NO.:　　3:23-cv-57 GROH<br>§<br>§<br>§<br>§<br>§ |

ELECTRONICALLY
FILED
3/1/2023
U.S. DISTRICT COURT
Northern District of WV

### DEFENDANT DNF ASSOCIATES, LLC'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant DNF Associates, LLC ("Defendant") hereby removes the subject action from the Circuit Court of Jefferson County, West Virginia, to the United States District Court for the Northern District of West Virginia, on the following grounds:

　　1.　　Plaintiffs Donald J. Mumaw and Patti Mumaw instituted an action in the Circuit Court of Jefferson County, West Virginia, on February 3, 2023. A copy of the Complaint is attached hereto as Exhibit A. A copy of the docket sheet from the Jefferson County clerk of the court is attached as Exhibit B.

　　2.　　Defendant was served on February 3, 2023. Therefore, removal is timely.

　　3.　　Plaintiffs' Complaint alleges a violation of the Telephone Consumer Practices Act, 47 U.S.C. § 227(b)(1) ("TCPA").

　　4.　　This Court has original jurisdiction over the subject action pursuant to 28 U.S.C. §1331, since there is a federal question. This suit falls within the FDCPA which thus supplies the federal question.

　　5.　　Pursuant to 28 U.S.C. §1441, et seq., this cause may be removed from the Circuit Court of Jefferson County, West Virginia, to the United States District Court for the Northern District of West Virginia.

　　6.　　Notice of this removal will promptly be filed with the Circuit Court of Jefferson

County, West Virginia and be served on all adverse parties.

7. Pursuant to 28 U.S.C. §1446(a), copies of all process, pleadings, orders and other papers filed in this action and obtained by Defendant are attached hereto and marked as composite Exhibit A and incorporated herein by reference.

8. A jury demand was made in state court.

WHEREFORE, Defendant DNF Associates, LLC, by counsel, removes the subject action from the Circuit Court of Jefferson County, West Virginia to the United States District Court for the Northern District of West Virginia.

**Respectfully submitted:**

**DNF Associates, LLC**

**By counsel,**

<u>/s/  Albert C. Dunn, Jr.</u>
**Albert C. Dunn, Jr. (WV Bar #5076)**
BAILEY & WYANT, PLLC
**500 Virginia Street, East, Suite 600**
**Post Office Box 3710**
**Charleston, West Virginia  25337-3710**
**(304) 345-4222**
**adunn@baileywyant.com**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| DONALD J. MUMAW <br> PATTI MUMAW <br><br> *Plaintiffs,* <br><br> v. <br><br> DNF ASSOCIATES, LLC, <br><br> *Defendant.* | § § § § § § § § § § <br><br> CASE NO.:  3:23-cv-57 |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **DEFENDANT DNF ASSOCIATES, LLC'S NOTICE OF REMOVAL** was filed electronically via the Court's CM/ECF system and that the parties of record were served through the same, on this day, March 1, 2023:

**Aaron C. Amore**
Amore Law, PLLC
206 West Liberty Street
Charles Town, WV 25414
Tel: (304) 885-4111
Fax: (866) 417-8796
aaron@amorelaw.com

/s/  Albert C. Dunn, Jr.
**Albert C. Dunn, Jr. (WV Bar #5670)**
**BAILEY & WYANT, PLLC**
**500 Virginia Street, East, Suite 600**
**Post Office Box 3710**
**Charleston, West Virginia  25337-3710**
**(304) 345-4222**