**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG**

**DONALD J. MUMAW,
and PATTI MUMAW,**

       **Plaintiffs,**

**v.**                                     **CIVIL ACTION NO.: 3:23-CV-57
(GROH)**

**DNF ASSOCIATES, LLC,**

       **Defendants.**

## ORDER DISMISSING CASE

Because the Court has received notice from Plaintiff's counsel, by telephone, that the parties have reached a settlement in this case, it is **ORDERED** that this civil action be, and the same is hereby, **DISMISSED** with prejudice and retired from the docket of this Court, **subject to reopening on motion of any party, and for good cause shown, within ninety days**.

The Court notes that Plaintiff's counsel indicated this matter settled by mediation, which was scheduled on January 9, 2024. Yet, to date, the Court still has not received a report from the mediator. Local Rule of Civil Procedure 16.06(h) says,

> Mediation Report: Unless a different time period is set by the judicial officer, within seven (7) days of the conclusion of mediation, the mediator shall file with the Clerk's Office a Mediation Report Form, whether or not the mediation resulted in settlement. This form can be found at the Court's web page at www.wvnd.uscourts.gov under the "Forms" link. This form shall be filed with the Clerk's Office where the case is pending. It is the responsibility of the parties to ensure compliance with this Rule.

The parties are admonished to comply with the local rules. The parties' failure to follow this Rule led the Court to prepare for a hearing that was no longer necessary. There simply is no excuse for failing to apprise the Court of the status of any pending case.

The parties need not submit any additional proposed dismissal or other final order unless it is required by law or is necessary under the terms of any agreement resolving this case.

The Clerk of Court is **DIRECTED** to transmit copies of this Order to all counsel of record herein and to the mediator.

**DATED**: January 22, 2024

GINA M. GROH
UNITED STATES DISTRICT JUDGE